MAURICE VANDEWEGHE and Another, Respondents, v. GASTON DEWEVER, Impleaded with ADIEL VANDEWEGHE, Appellant.— Order

affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Davis, JJ. .